IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ARIS RAMIREZ-ALVAREZ** | : | CIVIL ACTION NO. 1:CV-13-cv-1753 |
| | : | |
| Petitioner | : | (JUDGE KANE) |
| | : | (Magistrate Judge Carlson) |
| v. | : | |
| | : | |
| **THOMAS DECKER, et al.** | : | |
| | : | |
| Respondents | : | |

## O R D E R

Before the Court in the captioned action is a December 16, 2013 Report and Recommendation of the Magistrate Judge.  No timely objections have been filed.

Accordingly, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation of Magistrate Judge Carlson.

2) The Petition for Writ of Habeas Corpus, (Doc. No. 1) is **DISMISSED** as moot.

3) The Motion for Leave to Proceed *in forma pauperis* (Doc. No. 2) is **GRANTED**.

4) The Clerk of Court is directed to close the case.

s/ Yvette Kane
YVETTE KANE, District Judge
United States District Court
Middle District of Pennsylvania

Dated: February 27, 2014